UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS EDUARDO HERNANDEZ-SUAREZ,

        Defendant.

CASE NO. 11CR3803-H

**JUDGMENT OF DISMISSAL**

FILED SEP 12 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

8:1326(a) and (b)

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 8, 2011

WILLIAM V. GALLO
UNITED STATES DISTRICT JUDGE